# EXHIBIT "A"

McCabe Law Group, P.A.
111 Solana Road, Suite B
Ponte Vedra Beach, Florida 32082



Telephone 321.250.1011
Email: mlg@flcalaw.com
www.flcalaw.com

## McCabeLawGroup

Dana Chapman

August 17, 2016

### Collection Notice

Re:

AP-14-321165

Dear Dana Chapman:

The purpose of this letter is to inform you that Association of Poinciana Villages, Inc. (the "Association") has authorized McCabe Law Group, P.A. for collection efforts. Effective immediately, any payments for any monetary obligation due to the Association must be sent to McCabe Law Group, P.A. at the following address:

McCabe Law Group, P.A.
111 Solana Road, Suite B
Ponte Vedra Beach, Florida 32082
mlg@flcalaw.com

Please indicate your Property Address, Association Name and Account Number with payment. Any payments sent to the Association will cause delay in posting to your account and may result in interest and late fees being automatically assessed to your account.

Sincerely,

McCabe Law Group, P.A.

**NOTICE:** Pursuant to 15 U.S.C.S. § 1 692(g)(a) the attorney above is attempting to collect a debt and any information obtained will be used for that purpose. The above referenced Association is the creditor to whom the debt is owed. Unless you, the debtor, within thirty (30) days after receipt of this notice dispute the validity of the debt or any portion thereof, the attorney will assume the debt is valid. If you notify the attorney in writing within a thirty (30) day period that the debt, or any portion thereof, is disputed the attorney shall obtain written verification of the debt and mail the same to you. Finally, if you previously received a discharge in a bankruptcy, or you are in pending bankruptcy, involving the assessments and did not sign a reaffirmation agreement, then this letter is not an attempt to collect a debt from you personally. The firm is solely advising you of its intent to foreclose on behalf of the Association pursuant to said lien on the subject property, and a personal money judgment will not be sought against you.

Scanned by CamScanner